# Death Penalty

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| DAVID EARL WILLIAMS, | ) | Case No.: CV 14-7529 AG |
|---|---|---|
| Petitioner, | ) | |
| vs. | ) | ORDER STAYING EXECUTION AND APPOINTING COUNSEL |
| KEVIN CHAPPELL, Warden of the California State Prison at San Quentin | ) | |
| Respondent. | ) | |

    Upon petitioner's request, and pursuant to 28 U.S.C. § 2251(a) and Local Rules 83-17.4 and 83-17.6,

    IT IS HEREBY ORDERED that the execution of petitioner's sentence of death and all court and other proceedings related to the execution of that sentence, including preparation for execution and setting an execution date, are stayed.  The stay shall be in effect for ninety days from the date of this order.

    IT IS FURTHER ORDERED that the Federal Public Defender of the Central District is appointed as lead counsel for petitioner David Earl Williams in this action. The address and telephone number of the Federal Public Defender is 321 East 2nd Street, Los Angeles, California, 90012, (213) 894-2854.

1    IT IS FURTHER ORDERED that Michael R. Belter is appointed as co-lead
2 counsel for petitioner. His address and telephone number are 16 N. Marengo #619,
3 Pasadena, California 91101, (626) 796-2599.
4    Mr. Belter shall be compensated at the maximum lead counsel rate of $180
5 per hour as set forth in ¶ 3 of the Judicial Council of the Ninth Circuit Amended
6 CJA Capital Habeas Costs Policy.  Any future changes to the maximum lead
7 counsel rate shall apply automatically without need for counsel's request for the
8 same.
9    The Court is aware that Mr. Belter represented Mr. Williams in his state
10 appellate and state habeas proceedings. The Court appoints the Federal Public
11 Defender as lead counsel and Mr. Belter as co-lead counsel based on the Federal
12 Public Defender's recommendation for appointment of counsel in this action. The
13 Federal Public Defender shall work exclusively on all claims concerning Mr.
14 Belter's representation of Mr. Williams for his direct appeal and state habeas
15 proceedings before the California Supreme Court. The Federal Public Defender
16 also shall continue to monitor potential or actual conflicts between petitioner and
17 co-lead counsel.

Dated this 29th day of September, 2014

ANDREW GUILFORD
UNITED STATES DISTRICT JUDGE

cc: Terry Nafisi; Randall Schnack; Jenna Cummings; CA Attorney General; CA Appellate Project; Warden, San Quentin Prison; Michael Hanagan, Chair, CACD Capital Case Committee; Ninth Circuit Court of Appeals Death Penalty Coordinator

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28